UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-14258-MOORE/MAYNARD

DAVID POSCHMANN,

      Plaintiff,

v.

SOUTH BEACH PLACE, LLC

      Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs

except as otherwise agreed.

      Dated: September 14, 2020

| | |
|---|---|
| s/Drew M. Levitt | s/H. Randal Brennan |
| Drew M. Levitt | H. Randal Brennan |
| Florida Bar No. 782246 | Florida Bar No. 398934 |
| drewmlevitt@gmail.com | hrb@veroattorneys.com |
| Lee D. Sarkin | Brennan & Kretschmer |
| Florida Bar No. 962848 | 1443 20th Street, Suite A |
| lsarkin@aol.com | Vero Beach, Florida 32961-0520 |
| 4700 N.W. Boca Raton Boulevard | Telephone (772) 778-3777 |
| Suite 302 | Attorneys for Defendants |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |